# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142076(14)(15)

IN THE MATTER OF

HONORABLE JAMES M. JUSTIN                    SC:    142076
12th DISTRICT COURT                JTC Formal Complaint 87

BEFORE THE JUDICIAL TENURE COMMISSION

_____

On order of the Chief Justice, the motion for leave to file supplemental authority is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk